Same case below, 333 Fed. Appx. 156.

**No. 09-9169. Jared Daniel Johnston, Petitioner v. Derrick L. Ollison, Warden.**

559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3418.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9170. Timothy Hugh Lindsey, Petitioner v. United States.**

559 U.S. 1076, 130 S. Ct. 2110, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3392.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 849.

**No. 09-9207. Michael D. Webb, Petitioner v. David Bobby, Warden.**

559 U.S. 1076, 130 S. Ct. 2110, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3381.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 586 F.3d 383.

**No. 09-9221. Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections, et al.; Kenneth Edward Barbour, Petitioner v. Legislation Upon Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Keeffee Commissaries at Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections, et al.; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections, et al.; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; and Kenneth Edward Barbour, Petitioner v. Representative of the Persons Assistant Warden Harvey.**

559 U.S. 1076, 130 S. Ct. 2140, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3412, ▆

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-9224. Pedro Arana, Petitioner v. California.**

559 U.S. 1077, 130 S. Ct. 2110, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3283.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-9231. Gerard D. Grandoit, Petitioner v. Cooperative for Human Services, Inc.**

559 U.S. 1077, 130 S. Ct. 2111, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3307, ▆

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.